

NUMBER 13-10-00666-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

J.E. SAENZ & ASSOCIATES, INC.,                                        Appellant,

v.

AARON MUNOZ AND MUNOZ ENTERPRISES, INC.,            Appellees.

---

On Appeal from the 398th District Court
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on February 1, 2011, to allow the parties an opportunity to mediate. This cause is now before the Court on appellant's unopposed motion to dismiss the appeal without prejudice and advisory to the Court regarding settlement. Appellant requests that this Court dismiss the appeal without prejudice. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal without prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of May, 2011.